## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| KATIE TODD AND JASON TODD, <br> Plaintiffs, <br><br> v. <br><br> I-FLOW CORPORATION, *et al.*, <br> Defendants. | Civil No. 08-6178 (JRT/JJK) <br><br><br> **ORDER TO DISMISS <br> WITHOUT PREJUDICE** |

_____

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendants Hospira, Inc. and Abbott Laboratories, filed by the parties on May 12, 2009 [Docket No. 88].

**IT IS HEREBY ORDERED** that Defendants Hospira, Inc. and Abbott Laboratories are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED:  May 12, 2009
at Minneapolis, Minnesota.

                                                            ___s/John R. Tunheim_____
                                                              JOHN R. TUNHEIM
                                                  United States District Judge